UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA M. JOHNSON,

    Plaintiff,

  v.

UNITED STATES OF AMERICAN, *et al.*,

    Defendants.

CASE NO. 3:20-cv-06031-RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

  This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura.  Dkt. 10.  The Court has considered the Report and Recommendation and remaining file.

  On October 30, 2020, the Plaintiff filed a pleading entitled "LCR 3," which was construed as a motion for voluntary recusal (Dkt. 7).  The undersigned denied the motion and, pursuant to Western District of Washington Civil Rule of Procedure 3(e), referred the motion for recusal of the undersigned (Dkt. 7) to Chief Judge Ricardo S. Martinez.  Dkt. 11.  Judge Martinez denied the motion (Dkt. 7).  Dkt. 12.

  The instant Report and Recommendation recommends that the Plaintiff's application to proceed *in forma pauperis* ("IFP") be denied and the case dismissed without prejudice for failure

to respond to an order to show cause or file a proposed amended complaint. Dkt. 10. It also recommends denying all pending motions. Dkt. 10.

The Report and Recommendation should be adopted. The Plaintiff did not respond to it. Further, the Report and Recommendation has merit.

**ORDER**

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 10) **IS ADOPTED**;
- Plaintiff's application to proceed IFP (Dkt. 1) **IS DENIED**;
- All pending motions **ARE STRICKEN AS MOOT**, and
- This case **IS DISMISSED WITHOUT PREJUDICE.**

The Clerk shall send copies of this Order to Plaintiff and to Magistrate Judge Creatura.

Dated this 11th day of January, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge